Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| MEGAA MODA PRIVATE LIMITED | ) ) ) ) ) ) ) ) ) ) ) | SUMMONS<br>Court No. 23-00205 |
| Plaintiff, | | |
| v. | | |
| UNITED STATES, | | |
| Defendant. | | |

TO:   The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

_____
Mario Toscano
Clerk of the Court

1. (Name and standing of plaintiff):  Plaintiff, Megaa Moda Private Limited is a foreign producer and exporter of subject merchandise, certain frozen warmwater shrimp from India, is an interested party within the meaning of 19 U.S.C. § 1677(9)(A).  Plaintiff was an active participant in the U.S. Department of Commerce's administrative review of the antidumping duty order on *Certain Frozen Warmwater Shrimp from India* (Case No. A-533-840) for the period of review February 1, 2021 through January 31, 2022.  Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. (Brief description of contested determination):  Plaintiff contests certain determinations made by the U.S. Department of Commerce in the 2021-2022 administrative review of the antidumping duty order on Certain Frozen Warmwater Shrimp from India, including the review-specific antidumping duty rate that Commerce assigned to Plaintiff.  *Certain Frozen Warmwater Shrimp from India: Final Results of Antidumping Duty Administrative Review; 2021-2022*, 88 Fed. Reg. 60431 (Dep't Commerce Sep. 1, 2023).  Commerce's determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

3. <u>(Date of contested determination)</u>:  The final determination in the contested administrative review was issued by Commerce on August 25, 2023.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>: Commerce published its final results of administrative review in the *Federal Register* on September 1, 2023 (88 Fed. Reg. 60431).

        Respectfully submitted by:

        <u>/s/ Robert G. Gosselink</u>

        Robert G. Gosselink
        Aqmar Rahman
        Sezi Erdin

        TRADE PACIFIC PLLC
        700 Pennsylvania Avenue, SE
        Suite 500
        Washington, DC 20003
        Tel:  (202) 223-3760
        Fax:  (202) 223-3763
        Email:  rgosselink@tradepacificlaw.com

        *Counsel to Plaintiff, Megaa Moda Private Limited*

**Form 3-2**

## SERVICE OF SUMMONS BY THE CLERK

     If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

<u>On behalf of the United States</u>
Attorney-in-Charge
UNITED STATES DEPARTMENT OF JUSTICE
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY  10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC  20044

<u>On behalf of the U.S. Department of Commerce</u>
Office of the Chief Counsel
for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC  20230

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)