UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE THOMAS J. AQUILINO, JR., JUDGE

| | |
|---|---|
| AD HOC SHRIMP TRADE ACTION COMMITTEE,<br><br>    Plaintiff,<br><br>and<br><br>AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>MEGAA MODA PVT. LTD.,<br><br>    Defendant-Intervenor. | Case No. 23-00202 |
| MEGAA MODA PRIVATE LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>AMERICAN SHRIMP PROCESSORS ASSOCIATION, et al.,<br><br>    Defendant-Intervenors. | Case No. 23-00205 |

**PROPOSED ORDER**

    Upon consideration of the Consent Motion to Consolidate filed by the Ad Hoc Shrimp Trade Action Committee, it is hereby:

**ORDERED** that the Consent Motion to Consolidate is granted; and it is further

**ORDERED** that the above cases are consolidated into *Ad Hoc Shrimp Trade Action Committee, et al. v. United States*, Ct. No. 23-00202.

**SO ORDERED.**

                                                                                                              _____

                                                                                                              The Honorable Thomas J. Aquilino, Jr., Judge

Dated: _____
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE THOMAS J. AQUILINO, JR., JUDGE

| | |
|---|---|
| AD HOC SHRIMP TRADE ACTION COMMITTEE,<br><br>   Plaintiff,<br><br>and<br><br>AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br><br>   Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br><br>   Defendant,<br><br>and<br><br>MEGAA MODA PRIVATE LIMITED,<br><br>   Defendant-Intervenor. | Case No. 23-00202 |
| MEGAA MODA PRIVATE LIMITED,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>   Defendant,<br><br>and<br><br>AMERICAN SHRIMP PROCESSORS ASSOCIATION, et al.,<br><br>   Defendant-Intervenors. | Case No. 23-00205 |

**CONSENT MOTION TO CONSOLIDATE CASES**

Pursuant to Rule 42(a) of the Rules of the U.S. Court of International Trade ("USCIT"), the Ad Hoc Shrimp Trade Action Committee ("AHSTAC"), respectfully requests that the Court

consolidate *Ad Hoc Shrimp Trade Action Committee, et al. v. United States*, Ct. No. 23-00202 with *Megaa Moda Private Limited v. United States*, Ct. No. 23-00205.

Both *Ad Hoc Shrimp Trade Action Committee, et al. v. United States*, Ct. No. 23-00202 and *Megaa Moda Private Limited v. United States*, Ct. No. 23-00205 involve the same administrative record and challenges to the same administrative determination, to wit, the U.S. Department of Commerce's final decision in the seventeenth administrative review of the antidumping duty order on frozen warmwater shrimp from India. *See Certain Frozen Warmwater Shrimp From India: Final Results of Antidumping Duty Administrative Review; 2021–2022*, 88 Fed. Reg. 60,431 (Dep't Commerce Sept. 1, 2023). Accordingly, these actions "involve a common question of law or fact." USCIT R.42(a). Further, both cases have been assigned to the same Judge. Consolidation would therefore not result in an increased administrative burden upon the Court.

Although motions to consolidate pursuant to USCIT R.42(a) are not specified in USCIT R.7(f), counsel for AHSTAC has conferred with counsel for the parties in these actions on November 2, 2023. Specifically, counsel conferred with Kara M. Westercamp, Esq., counsel for United States, Robert G. Gosselink, Esq., counsel for Megaa Moda Private Limited, and Nicholas, J. Birch, Esq., counsel for the American Shrimp Processors Association. These parties each consented, by electronic mail, to the filing of this motion on November 2, 2023.

WHEREFORE, we respectfully request that the Court consolidate *Megaa Moda Private Limited v. United States*, Ct. No. 23-00205 into *Ad Hoc Shrimp Trade Action Committee, et al. v. United States*, Ct. No. 23-00202.

        Respectfully submitted,

        /s/ Nathaniel Maandig Rickard

        Nathaniel Maandig Rickard
        Zachary J. Walker

        **PICARD KENTZ & ROWE LLP**
        1750 K Street, NW
        Washington, DC 20006
        (202) 331-5040
        nrickard@pkrllp.com

        *Counsel to the Ad Hoc Shrimp Trade Action Committee*

November 2, 2023